# Court of Appeals
# of the State of Georgia

ATLANTA,___March 06, 2013____

*The Court of Appeals hereby passes the following order:*

**A13A1160.  MICHAEL R. BERLON v. DAVID ZELBY.**

Michael R. Berlon filed this direct appeal seeking review of the trial court's order imposing discovery sanctions on Berlon by striking his answer and counterclaim.  The trial court subsequently set a hearing on damages.  The order which Berlon seeks to appeal is not a final order.  Berlon's failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction to consider the appeal.  See OCGA § 5-6-34 (b); *American Medical Security Group, Inc. v. Parker*, 284 Ga. 102, 104-105 (5) (663 SE2d 697) (2008);  *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 03/06/2013_____
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*